

**ORDERED in the Southern District of Florida on August 01, 2011.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 11 - Involuntary

LITTLE REST TWELVE, INC.,

Case No. 11-17061-BKC-AJC

Alleged Debtor.

_____/

**ORDER GRANTING EMERGENCY MOTION FOR
TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA PURSUANT TO 28 U.S.C. § 1412**

This matter came before the Court on Tuesday, July 26, 2011, at 2:00 p.m., on the above captioned Alleged Debtor's Emergency Motion for Transfer of Venue to the United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. §1412 ("*Motion*") [ECF No. 124] and the Alleged Debtor's Supplement to Motion for Transfer of Venue to the United States District Court for the Southern District of Florida Pursuant to 28 U.S.C. §1412 ("*Supplement*") [ECF No. 126]. At the hearing, counsel for the Petitioning Creditors handed the

Court an objection ("*Objection*") to the Motion by creditor, Hicham Azkour, the subject of which will be dealt with in a separate motion [ECF No. 123]. For the reasons set forth on the record, which are incorporated by reference, the Court finds it appropriate to overrule the Objection and grant the Motion.

Therefore, it is –

**ORDERED** as follows:

1.     The Motion is GRANTED.

2.     The Objection is OVERRULED. Hicham Azkour's motion [ECF No. 123] shall be separately set for hearing.

3.     Pursuant to 28 U.S.C. §1412 and Fed. R. Bankr. P. 1014(b), the Chapter 7 case styled *In re: Little Rest Twelve, Inc.*, pending before the Honorable Sean H. Lane in the United States Bankruptcy Court for the Southern District of New York, Manhattan Division, Case No. 11-13428-SHL (the "*Chapter 7 Case*"), shall be transferred to the United States Bankruptcy Court for the Southern District of Florida, Miami Division and assigned to the Honorable A. Jay Cristol.

4.     The automatic stay, to the extent it was imposed by the filing of the Chapter 7 Case, is annulled.

5.     The Chapter 7 Case is abated.

6.     As set forth in the Supplement, the stay of the Chapter 7 case resulting from the filing of the Motion relieved the Chapter 7 Trustee Ian J. Gazes ("*Trustee Gazes*") of his duties and responsibilities from the Petition Date forward and further, Trustee Gazes is discharged with respect to the Chapter 7 Case.

7.  The Alleged Debtor shall pay the costs of Trustee Gazes to date, in an amount equal to $3,602.25, which shall be paid within ten business days from entry of this Order, and without prejudice to assess such amount against any party.

8.  The Office of the United States Trustee shall not appoint a Chapter 7 trustee in the Chapter 7 Case unless otherwise directed by the Court.

# # #

**Submitted by and Copy furnished to:**

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Patricia A. Redmond (Florida Bar No. 303739)
150 West Flagler Street, Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile:  (305) 789-3395
*Counsel for Alleged Debtor*

*(Attorney Redmond shall serve a copy of this Order upon all interested parties and file a Certificate of Service.)*



Certified to be a true and correct copy of the original.
Katherine Gould Feldman
U.S. Bankruptcy Court
So. Dist. of Fla.
By _____ Deputy Clerk
Date 8/3/11



#1130648 v1